IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0574

IN THE MATTER OF

G.C. and A.C.,

Youths in Need of Care

**ORDER GRANTING MOTION FOR EXTENSION OF TIME**

Upon consideration of Appellant's motion for extension of time, and good cause appearing therefore, Appellant, C.V., is granted an extension of time until March 22, 2021, to prepare, serve, and file the Opening Brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Grant of Extension of Time
Chief Justice, Montana Supreme Court
January 21 2021
Page 1